**UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

Hicham El Majni

   v.                                                                Civil No. 15-cv-054-JL

Bruce Pelkie, Superintendent,
Strafford County Department of Corrections

**O R D E R**

    Petitioner, Hicham El Majni, has challenged the validity of his Immigration and Customs Enforcement ("ICE") detention. The ICE Inmate Locator states that El Majni is no longer in custody. See https://locator.ice.gov/odls/homePage.do.

    This court ordered El Majni on or before June 1, 2015, to show cause why this action should not be dismissed as moot. That Order (doc. no. 14) was mailed to El Majni's Strafford County Department of Corrections address, and was returned to the court marked "refused, unable to forward." See Doc. No. 18. Petitioner had a duty to provide this court with his current address, which he failed to do. See LR 83.6(e). Accordingly, the district judge should dismiss El Majni's petition and direct entry of judgment.

    Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed.

R. Civ. P. 72(b)(2). Failure to file objections within the specified time waives the right to appeal the District Court's order. See United States v. De Jesús-Viera, 655 F.3d 52, 57 (1st Cir. 2011); Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010). The clerk shall provide notice of this Report and Recommendation to the United States Attorney for the District of New Hampshire, for informational purposes only.

_____
Andrea K. Johnstone
United States Magistrate Judge

June 2, 2015

cc: Hicham El Majni, pro se
    Thomas P. Velardi, Esq.
    United States Attorney, District of New Hampshire